IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-09-306 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| **CALVIN DRIVER** | : | (Electronically Filed) |

## Trial Brief

**a. Summary of Issues**

Mr. Driver is charged in an Indictment with Conspiracy to assault another person, knowingly and intentionally assaulting another person with a dangerous weapon, knowingly and intentionally assaulting a Correctional Officer and knowingly possessing a prohibited object in the prison.  The principal issue will be the decision on guilt.

**b. Proposed Voir Dire Questions**

Mr. Driver will submit Proposed Voir Dire Questions under a separate filing and reserves the right to supplement his inquiry during the court granted attorney conducted voir dire.

**c. Proposed Jury Instructions**

Mr. Driver will submit Proposed Jury Instructions for consideration under a separate filing.

### d. Number of Witnesses

While a final decision has not been made, Mr. Driver would expect to call 1-3 witnesses during his presentation of his defense. He reserves the right to additional witnesses based on information covered by Jenks materials.

### e. Trial Length

It is expected that the trial could be tried in 1-2 days depending on the Government's case in chief.

                        Respectfully submitted,

                        s/Hervery B. O. Young
**Hervery B. O. Young**
**Assistant Federal Public Defender**
**Attorney ID# SC 7013**
116 North Washington Avenue, Suite 2-C
Scranton, Pennsylvania  18503
(570) 343-6285
Fax:  (570) 343-6225
E-mail:  Hervery_Young@fd.org

June 22, 2010

# CERTIFICATE OF SERVICE

I, Hervery B.O. Young, Assistant Federal Public Defender, do hereby certify that I electronically served, via e-mail, a copy of the foregoing **Trial Brief,** to the following:

>John Gurganus
>Assistant United States Attorney

by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

>Calvin Driver

>s/Hervery B. O. Young
>**Hervery B. O. Young**
>**Assistant Federal Public Defender**

June 22, 2010